**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**DOCKET NO. 5:20-CR-310-1D**

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Anthony Hinton** | ) | |
| | ) | |

On March 17, 2021, Anthony Hinton appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of a Firearm by a Felon, was sentenced to the custody of the Bureau of Prisons for a term of 42 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Anthony Hinton was released from custody and the term of supervised release commenced on December 16, 2022.

From evidence presented at the revocation hearing on September 25, 2026, the court finds as a fact that Anthony Hinton, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct
2. Possessing a controlled substance

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months, without supervision to follow.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

**IT IS RECOMMENDED** that the term of imprisonment be served in FCI Butner where in the defendant can participate in vocational training and educational opportunities.

This the 25th day of September, 2026.

James C. Dever III
U.S. District Judge